UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| LSI CORPORATION, | ) | Case No. 5:14-mc-80197-BLF-PSG |
| Respondent, | ) ) | **ORDER DENYING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |
| v. | ) ) | |
| REALTEK SEMICONDUCTOR CORPORATION, | ) ) | **(Re: Docket No. 3)** |
| Movant. | ) ) ) | |

Before the court is Movant Realtek Semiconductor's counsel William Cornelius's application for admission to appear pro hac vice. Local Rule 11-3 provides the mechanism for an out-of-state attorney to appear pro hac vice in this district. Civil L.R. 11-3 provides:

> An attorney who is not a member of the bar of this Court may apply to appear pro hac vice in a particular action in this district by submitting to the Clerk, together with the written application, a true and correct copy of a certificate of good standing or other similar official document issued by the appropriate authority governing attorney admissions for the relevant bar. Said certificate or other document must be dated no more than one year prior to the date of application for admission.

Because Cornelius has not submitted "a true and correct copy of a certificate of good standing or other similar official document issued by the appropriate authority governing attorney admissions

1

Case No. 5:14-mc-80197-BLF-PSG
ORDER DENYING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

for the relevant bar," his application is denied without prejudice to being refiled together with appropriate supporting documentation.[1]

**IT IS SO ORDERED.**

Dated: July 2, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] Civil L.R. 11-3. The application also incorrectly lists the case number as "C 12-03451 RM" which appears to be a reference to a prior case involving these parties in this district: Case No. 5:12-cv-03451-RMW-HRL. Any amended pro hac vice application should identify the current case number.